# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GUERRERO, | Case No. 1:16-cv-00573-SAB |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY. | |
| Defendant. | |

Plaintiff Claudia Guerrero filed a social security complaint on April 23, 2016. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 3.)

The Court may authorize the commencement of an action without prepayment of fees for "a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security thereof." 28 U.S.C. § 1915(a). At this time, the Court is unable to determine whether the requirements of 28 U.S.C. § 1915(a) are satisfied because the in forma pauperis application is incomplete. The application to proceed in forma pauperis should state all assets such person possesses. See 28 U.S.C. § 1915(a).

Plaintiff indicates that her father is dependent on her for support and that she sometimes contributes $50.00 to his support. However, she states that she does not have any cash,

checking, or savings accounts, she has nothing of value, she has not received any money from any sources in the past 12 months, and she is not currently employed. It is unclear how Plaintiff contributes $50.00 to her father's support when she has no assets and has not received any money from any sources in the past 12 months.

Plaintiff must disclose any financial support she receives from others as part of her in forma pauperis application. All assets and sources of money must be disclosed. An in forma pauperis application must state sufficient information for the Court to determine the ability to pay the costs of litigation.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is ORDERED TO SHOW CAUSE within fourteen (14) days from the date of service of this order why she should be allowed to proceed in forma pauperis in this action. In the alternative, Plaintiff may pay the full $400.00 filing fee by the Court's deadline.

IT IS SO ORDERED.

Dated:   **April 26, 2016**

UNITED STATES MAGISTRATE JUDGE