# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GUERRERO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-00573-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF Nos. 3, 4, 5) |

Plaintiff Claudia Guerrero filed a complaint on April 23, 2016, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 3.) On April 27, 2016, the Court issued an order for Plaintiff to show cause why she should be allowed to procced in forma pauperis in this action. (ECF No. 4.) The Court was unable to determine at that time whether Plaintiff met the requirements of 28 U.S.C. § 1915, because Plaintiff's first in forma pauperis application was incomplete. (ECF No. 4.) On May 10, 2016, Plaintiff filed an amended motion to proceed in forma pauperis. (ECF No. 5.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The April 26, 2016 order to show cause is DISCHARGED;

2. Plaintiff's motion to proceed in forma pauperis is GRANTED;

1

3. The Clerk of Court is DIRECTED to issue a summons; and

4. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon Defendant if requested by Plaintiff.

IT IS SO ORDERED.

Dated: __**May 11, 2016**__

UNITED STATES MAGISTRATE JUDGE