# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GUERRERO,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>       Defendant. | Case No.  1:16-cv-00573-SAB<br><br>ORDER REQUIRING COUNSEL KELSEY MACKENZIE BROWN TO APPEAR ON JULY 19, 2016 AND SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO RESPOND TO COURT ORDER<br><br>(ECF No. 12) |

On June 7, 2016, this Court issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to comply with a court order.  (ECF No. 9.)  On June 17, 2016, an order issued discharging the order to show cause, explaining the procedures in the Eastern District of California, and requiring Plaintiff's counsel to respond within seven days to inform the Court that counsel understood and would comply with this Court's scheduling orders issued in Social Security cases.  (ECF No. 12.)  More than seven days have passed and Plaintiff's counsel has not responded to the June 17, 2016 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

including dismissal of the action.  <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require Plaintiff's counsel, Kelsey Mackenzie Brown to appear to show cause why sanctions should not issue for the failure to comply with this Court's order.  Counsel may appear telephonically at the hearing by contacting Courtroom Deputy Mamie Hernandez at least 24 hours prior to the hearing who will provide counsel with the toll-free teleconference number of (877) 336-1280 and the teleconference code for call.

Accordingly, counsel Kelsey Mackenzie Brown is HEREBY ORDERED to appear on July 19, 2016, at 3:30 p.m., in Courtroom 9 to SHOW CAUSE why sanctions should not issue for the failure to comply with the June 17, 2016 order.  Failure to comply with this order to show cause will result in the issuance of sanctions in this action.

IT IS SO ORDERED.

Dated:   **June 30, 2016**

UNITED STATES MAGISTRATE JUDGE