# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GUERRERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>　　　　Defendant. | Case No. 1:16-cv-00573-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 12) |

　　　Plaintiff Claudia Guerrero filed a Social Security complaint on April 23, 2016. (ECF No. 1.) On May 12, 2016, the summons and scheduling order issued. (ECF Nos. 7, 8.) Pursuant to the scheduling order, Plaintiff was required to effect service within twenty days and file a copy of the return of service. (ECF No. 8-1 at ¶ 1.) When Plaintiff failed to file a timely proof of service, on June 7, 2016, an order issued requiring Plaintiff to show cause in writing by June 15, 2016, why sanctions should not issue for the failure to comply with the scheduling order. (ECF No. 9.) On this same date, Plaintiff filed a certificate of service showing that on May 27, 2016 service documents were served on the United States Marshal. (ECF No. 10.)

　　　On June 17, 2016, the Court issued an order discharging the order to show cause and requiring counsel to file a notice that she would comply with future orders of the Court within five days. (ECF No. 12.) Counsel did not file a notice or otherwise respond to the June 17, 2016 order. On June 30, 2016, the Court issued an order requiring Plaintiff to show cause why

1

sanctions should not issue for counsel's failure to respond to the June 17, 2016 order.

An order to show cause hearing was held on July 19, 2016 at which counsel Kelsey Mackenzie Brown appeared telephonically.  Based upon counsel's assertion that she will comply with the procedures set forth in this Court's June 17, 2016 order, the order to show cause issued June 30, 2016 is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED.

Dated:  **July 19, 2016**

UNITED STATES MAGISTRATE JUDGE