# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GUERRERO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>Defendant. | Case No.  1:16-cv-00573-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 20) |

Plaintiff Claudia Guerrero filed this action on April 23, 2016.  (ECF No. 1.)  On May 12, 2016, the scheduling order issued in this action. (ECF No. 8.)  On November 28, 2016, Plaintiff filed a stipulation for an extension of time for Plaintiff to file her confidential letter brief.  The Court shall approve the stipulation, however Plaintiff is advised that Local Rule 143(b) of the Local Rules of the United States Court for the Eastern District of California requires a proposed order to be submitted when the parties file a stipulation.  Plaintiff did not submit a proposed order with the stipulation.

The Court notes that this case reflects several instances in which counsel has failed to comply with this Court's orders.  <u>See</u> ECF Nos. 9, 14.  Plaintiff's failure to comply has resulted in the Court spending an inordinate amount of time on this action.  Counsel for Plaintiff is expected to familiarize herself with the Local Rules and the orders issued in this action.  Any further such instances of noncompliance will be looked upon with disfavor by this Court.

IT IS HEREBY ORDERED that:

1. Plaintiff's confidential brief shall be served on December 5, 2016;
2. Defendant's response shall be served on or before January 9, 2017;
3. Plaintiff's opening brief or a stipulation to remand shall be filed on or before February 13, 2017;
4. Defendant's opposition shall be filed on or before March 17, 2017; and
5. Plaintiff's reply, if any, shall be filed on or before April 3, 2017.

IT IS SO ORDERED.

Dated: **December 7, 2016**

UNITED STATES MAGISTRATE JUDGE