# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GUERRERO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-00573-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF<br><br>(ECF No. 29) |

On April 21, 2017, Plaintiff filed a stipulation for an extension of time to file a reply brief. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's reply brief, if any, shall be filed on or before May 15, 2017.

IT IS SO ORDERED.

Dated: **April 24, 2017**

UNITED STATES MAGISTRATE JUDGE

1